KARPF, KARPF & CERUTTI, P.C.

ATTORNEYS AT LAW

8 Interplex Drive, Suite 210
Feasterville-Trevose, PA 19053
Tel: (215) 639-0801
Fax: (215) 639-4970
cburke@karpf-law.com

November 21, 2025

**VIA CM/ECF ONLY**

The Honorable Karoline Mehalchick, U.S.D.J
United States District Court
Middle District of Pennsylvania

**Re:** ***Sabach v. Nanticoke Rehabilitation and Healthcare LLC, et al.***
**Case No. 3:25-cv-883**

Dear Judge Mehalchick:

This Firm represents Julie Sabach ("Plaintiff") in the above-referenced matter. Pursuant to Your Honor's Civil Practice Order dated October 10, 2025, ECF Docket No. 15, ¶8, I write herein to respectfully request an Order compelling Defendants to provide responses to Plaintiff's Initial Written Discovery Requests, served on September 29, 2025. Per the Federal Rules, their discovery responses were due by October 29, 2025.

On October 29, 2025, Defendants' counsel requested an extension to submit their responses by November 13, 2025, which was granted. When no responses were provided on November 13, 2025, the undersigned advised Defendants' counsel, we intended to pursue a Motion to Compel should full compliance not be received by the following Monday, November 17, 2025. On November 17, 2025, counsel represented that the responses would be produced by the "end of this week."

As of the date of this correspondence, Defendants have not provided any responses to written discovery. Plaintiff needs to move forward with written discovery to begin preparing for depositions. To that end, Plaintiff respectfully seeks an Order compelling responses within ten (10) days from the entry of the Court's Order.

Thank you for Your Honor's consideration of this matter.

Respectfully submitted,

**KARPF, KARPF & CERUTTI, P.C.**

*<u>/s/ Christine E. Burke</u>*
Christine E. Burke, Esq.

cc: Renee N. Smith, Esq. (via ECF)
Preeya Bansal, Esq. (via ECF)