**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

JULIE SABACH,

Plaintiff

v.

NANTICOKE REHABILITATION AND HEALTHCARE LLC, et al.,

Defendants.

CIVIL ACTION NO. 3:25-CV-883

(MEHALCHICK, J.)

**ORDER**

**AND NOW,** this 25th day of November, 2025, **IT IS ORDERED** that the Letter is **REFERRED** to Chief Magistrate Judge Daryl F. Bloom for referral to a U.S. Magistrate Judge for resolution.

**BY THE COURT:**

s/ Karoline Mehalchick

**KAROLINE MEHALCHICK**
**United States District Judge**