JacksonLewis

Jackson Lewis P.C.
1601 Cherry Street
Suite 1350
Philadelphia, PA 19102
Phone: 267-319-7802
jacksonlewis.com

RENEE N. SMITH, ESQ.
DIRECT DIAL: (267) 319-7835
EMAIL: RENEE.SMITH@JACKSONLEWIS.COM

December 1, 2025

**VIA ECF ONLY**
The Honorable Daryl F. Bloom
Chief United States Magistrate Judge
United States District Court
Middle District of Pennsylvania

**Re: *Julie Sabach v. Nanticoke Rehabilitation and Healthcare LLC, et. al.***
**Case. No. 3:25-cv-883**

Dear Judge Bloom:

This Firm represents Defendants Nanticoke Rehabilitation & Healthcare and Century Healthcare (collectively referred to as "Defendants") in the above-referenced matter. In accordance with the Court's November 25, 2025 Order, Defendants respectfully submit this letter in response to Plaintiff's November 21, 2025 letter requesting an Order compelling Defendants' discovery responses.

Defendants are diligently gathering the requested information and documents and expect to provide their responses no later than Friday, December 5, 2025. Plaintiff will not be prejudiced by this delay. Plaintiff filed an Amended Complaint on November 26, 2025, and the current discovery deadline is March 10, 2026.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

**JACKSON LEWIS P.C.**

*/s/ Renee N. Smith*
Renee N. Smith (PA Bar No. 65866)
Preeya Bansal (PA # 319359)
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, PA 19102
T: (267) 319-7802 /F: (215) 399-2249
Renee.Smith@jacksonlewis.com
Preeya.Bansal@jacksonlewis.com

Dated: December 1, 2025

*Attorneys for Defendant*