JacksonLewis

RENEE N. SMITH, ESQ.
DIRECT DIAL: (267) 319-7835
EMAIL: RENEE.SMITH@JACKSONLEWIS.COM

PREEYA BANSAL, ESQ.
DIRECT DIAL: (267) 319-7826
EMAIL: PREEYA.BANSAL@JACKSONLEWIS.COM

**Jackson Lewis P.C.**
1601 Cherry Street
Suite 1350
Philadelphia, PA 19102
Phone: 267-319-7802
jacksonlewis.com

December 11, 2025

**VIA ECF FILING**
Chief Magistrate Judge Daryl F. Bloom
228 Walnut St, Ste 1110
Harrisburg, PA 17101

**Re:** ***Julie Sabach v. Nanticoke Rehabilitation and Healthcare LLC et al.***
**Docket No. 3:25-cv-00883-KM-DFB**

Dear Judge Bloom:

This firm represents Defendants in the above-referenced matter. I write on behalf of Defendants in response to Plaintiff's letter dated December 9, 2025, in which Plaintiff asserts that Defendants failed to provide outstanding discovery. Defendant respectfully submits that a conference is unnecessary. Defendant served responses to Plaintiff's discovery requests on December 9, 2025. Defendant is willing to meet and confer in good faith should Plaintiff identify any particular items they believe require further attention. However, given that discovery responses have been served, Defendants do not believe court intervention is warranted at this time.

We thank the Court for its attention to this matter.

Respectfully Submitted,

**JACKSON LEWIS P.C.**

Renee N. Smith
Preeya Bansal

RNS/PB/aa

4899-2302-8097, v. 1