KARPF, KARPF & CERUTTI, P.C.

ATTORNEYS AT LAW

8 Interplex Drive, Suite 210
Feasterville-Trevose, PA 19053
Tel: (215) 639-0801
Fax: (215) 639-4970
cburke@karpf-law.com

January 12, 2026

**VIA CM/ECF ONLY**

The Honorable Daryl F. Bloom
Chief United States Magistrate Judge
United States District Court Middle District of Pennsylvania

**Re:** ***Sabach v. Nanticoke Rehabilitation and Healthcare LLC, et al.***
**Case No. 3:25-cv-883**

Dear Judge Bloom:

I represent Julie Sabach ("Plaintiff") in the above-referenced matter. Plaintiff previously pursued Court intervention to obtain responses to her initial discovery demands. Those responses were ultimately made on December 9, 2025. Plaintiff has since served a deficiency notice in writing, as the responses were woefully inadequate and contained largely boiler plate generalized objections. Plaintiff served notice of all deficiencies via email on December 9, and 11th 2025. *See* Exhibit A, attached hereto.[1] The Defense had declined to respond, even after recent emails confirming Plaintiff would be seeking the Court's intervention.

Thus, Plaintiff again seeks this Court's assistance to obtain a Court Order compelling full and complete responses to discovery. To that end, Plaintiff can be available at this Court's convenience for a conference call to address these issues.

Thank you for Your Honor's consideration of this matter.

Respectfully submitted,

**KARPF, KARPF & CERUTTI, P.C.**

*/s/ Christine E. Burke*
Christine E. Burke, Esq.

cc: Renee N. Smith, Esq. (via ECF)
Preeya Bansal, Esq. (via ECF)

[1] Exhibit B, contains the full and complete interrogatory and document demand responses at issue.