# Exhibit C

# PAYROLL DATA SHEET

□ New (Re)Hire □ Status Change □ Employment Change □ Deduction Change ☑ Termination

## Employee Demographics

First Name: [redacted] MI: ________
Last Name: [redacted]

Sex: □ Male □ Female
Marital Status: □ Single □ Married
Date of Birth: ______/______/________
SS#: ___ ___ ___-___ ___-___ ___ ___ ___

Street Address: ____________________
Apt. #____________ City: ____________
State: ____________ Zip: __________

Home Phone: ( ) ___ ___ ___-___ ___ ___ ___
Mobile Phone: ( ) ___ ___ ___-___ ___ ___ ___
E-Mail: ____________________

## Payroll Information

Department: ____________________
Position Title: ____________________
Employee Type: □ Full Time □ Part Time □ Per Diem
□ Union □ Non-Union (*attach completed Union forms*)

(Re)Hire Date: ____/____/_____ Base Rate: $________
Pay Type: □ Hourly □ Salary/Exempt

(*Important: Rehires past 6 months are considered "new hires". As such need full Payroll Data Sheet updated and resubmitted.*)

W4: Please send copy of Federal IRS & State W4 forms

Scheduled Shifts/Week: ________ Hours Per Shift________
Total Weekly Hours: ____________________

Scheduled Days
Week 1: SU M T W TH F SA (circle)
Week 2: SU M T W TH F SA (circle)

## Employment Changes

□ Position Change:
From: ____________ to ____________
□ Emp Type:
From: ____________ to ____________
□ Rate Change:
From: $ ____________ to $ ____________
□ Benefit / Deduction Change:
Describe: ____________________
*(Please provide backup documentation)*
Effective Date: ____/____/_____

## Status Changes

□ Medical Leave of Absence □ Personal Leave of Absence
□ Qualified FMLA Stay □ Workers Comp

Date: ____/____/_____ EDR: ____/____/_____

## Termination

Date of Termination: 2 / 26 / 2025
Last Day Worked: 2 / 23 / 2025

Reason for Separation: ____________________
□ Voluntary ☑ Involuntary
*(Attach backup documentation, if necessary)*

Completed By (Supervisor): Amy Bennon BRAUN Date: 02 / 26 / 25
Administrator Approval: Brittany [signature] NHA Date: 02 / 26 / 25
HR Manager (Review): E Bogart Date: 2 / 26 / 25
Employee Signature: refused Date: ____/____/_____
Union Rep P Bojanowski LPN

DEF00217

# EMPLOYEE CORRECTIVE ACTION FORM

**Employee** [redacted] **Date: 4/25/2024**

**Department:** LPN **Date of Incident** 4/23/24

X☐ Verbal Warning ☐ Written Warning ☐ Final Written/ Discharge Warning ☐ Termination
☐ Suspension (pending investigation) ☐ Termination

**NATURE OF INFRACTION: LIST INFRACTION NUMBER AND INFRACTION**

- Unsatisfactory work performance.

**DESCRIPTION: DESCRIPTION OF INCIDENT**

**Not documenting/informing anyone the lab discarded a PCR swab due to labeling issue and not following up to get a new order to collect a new one.**

**RESOLUTION: EXPECTATIONS**

**EMPLOYEE WILL FOLLOW THROUGH WITH DOCUMENTATION ON LABS WHEN DISCARDED FOR LABELING ISSUES THAT THEY WILL OBTAIN A NEW ORDER AND DOCUMENT IT IN NOTES UNDER THAT SPECIFIC RESIDENT.**

**EMPLOYEE STATEMENT:** I forgot the note. But we could not recollect because she was not here. She was admitted also, her swab was labeled w/ a yellow tag w/ all info + was verified. I think they didn't know that type of label.

*I UNDERSTAND THAT A SIMILAR VIOLATION WILL BE CAUSE FOR FURTHER DISCIPLINE, UP TO AND INCLUDING TERMINATION*

**Employee Signature** [redacted] LPN **Date:** 4-28-24

☑ Employee declined to sign (Union Rep/Witness must sign)

**Supervisor Signature:** **Date:** 4/28/24

**Administrator Signature:** **Date:** 4/28/24

Union Rep If Required (name):

Signature: Date:

I decline Union Representation ☐

(employee must sign ☑ if checked)

5/16/2023

# EMPLOYEE CORRECTIVE ACTION FORM

**Employee** [redacted] **Date:** 5/3/24

**Department:** LPN **Date of Incident** 5/3/24

X☐ Verbal Warning ☐ Written Warning ☐ Final Written/ Discharge Warning ☐ Termination
☐ Suspension (pending investigation) ☐ Termination

**NATURE OF INFRACTION: LIST INFRACTION NUMBER AND INFRACTION**

- Unsatisfactory work performance.

**DESCRIPTION: DESCRIPTION OF INCIDENT**

**Beginning of the month weights not completed or signed out on the MAR or TAR**

E.V. no wt obtained.

5/3/24
- Verbal
- Lack of documentation

**RESOLUTION: EXPECTATIONS**

**EMPLOYEE WILL HAVE STAFF OBTAI... ND OF THEIR SHIFT.**

**EMPLOYEE STATEMENT:** CNA' ... y ≥ in writing ... d their wts. Family ADO... ... times as ... could not discipline.

*I UNDERSTAND THAT A SIMILAR VIOLATION WILL BE CAUSE FOR FURTHER DISCIPLINE, UP TO, AND INCLUDING TERMINATION*

**Employee Signature** [redacted] **Date:** 5/3/24

☒ Employee declined to sign (Union Rep/Witness must sign)

**Supervisor Signature:** [signature] **Date:** 5/3/24

**Administrator Signature:** ________________ **Date:** _________

Union Rep If Required (name): ____________________

Signature: ________________ Date: __________

I decline Union Representation ☐

____________________

(employee must sign ☑ if checked)

5/16/2023

2

Rules of Conduct

DEF00219

# EMPLOYEE CORRECTIVE ACTION FORM

**Employee:** [redacted]
**Department:** Nursing

**Date:** 1/16/2025
**Date of Incident:** 1/16/2025

☐ Verbal Warning ☑ Written Warning ☐ Final Written/ Discharge Warning ☐ Termination
☐ Suspension (pending investigation) ☐ Termination

**NATURE OF INFRACTION: LIST INFRACTION NUMBER AND INFRACTION**

Professionalism
Insubordination

**DESCRIPTION: DESCRIPTION OF INCIDENT**

When directed by the RN to do Q-15 minute checks on a patient, she refused to do this until after her med pass was completed. However, this needed to start effective immediately per the RN, for the resident's safety.
When approached by the DON regarding keeping the resident safe, [redacted], who was in the hall passing medications, had to keep being redirected back to the topic because she kept complaining about previous incidents. This is not a discussion that should have been started while in a resident area.

**RESOLUTION: EXPECTATIONS**

**EMPLOYEE STATEMENT:**

***I UNDERSTAND THAT A SIMILAR VIOLATION WILL BE CAUSE FOR FURTHER DISCIPLINE, UP TO, AND INCLUDING TERMINATION***

**Employee Signature:** ______ **Date:** ______

☑ Employee declined to sign (Union Rep/Witness must sign)

**Supervisor Signature:** [signature] **Date:** 1/16/25

**Administrator Signature:** [signature] **Date:** 01/16/25

Union Rep If Required or Witness (name): ______

Signature: ______ Date: ______

I decline Union Representation ☐

(employee must sign ☑ if checked)

5/16/2023

# EMPLOYEE CORRECTIVE ACTION FORM

**Employee:** [redacted]
**Department:** Nursing

**Date:** 2/18/2025
**Date of Incident:** 2/14/2025

☐ Verbal Warning ☐ Written Warning ☑ Final Written/ Discharge Warning
☐ Suspension (pending investigation) ☐ Termination

**NATURE OF INFRACTION: LIST INFRACTION NUMBER AND INFRACTION**

Neglect of safety practices, rules, and policies.
Failure to comply with the Facility's Policies and Procedures.

**DESCRIPTION: DESCRIPTION OF INCIDENT**

[redacted]y failed to check a patient's MAR prior to reaching out to the physician, failure to check resulted in duplicate orders.

[redacted]y failed to get physician orders prior to inserting a catheter.

**RESOLUTION: EXPECTATIONS**

MOVING FORWARD, [redacted]Y WILL ENSURE TO FOLLOW POLICY AND PROCEDURES..

**EMPLOYEE STATEMENT:** MD office staff Chris Willani asked MD Dr. Willani to re-insert foley due to no void in over 16 hours. Orders were provided by MD to send resident to ER by 1:30 pm if no void post the foley insertion.

***I UNDERSTAND THAT A SIMILAR VIOLATION WILL BE CAUSE FOR FURTHER DISCIPLINE, UP TO, AND INCLUDING TERMINATION***

**Employee Signatur**[redacted] **Date:** 2-19-25

☐ Employee declined to sign (Union Rep/Witness **must** sign)

**Supervisor Signature:** [signature] **Date:** 2/19/25

**Administrator Signature:** [signature] **Date:** 2/19/25

Union Rep If Required **or** Witness (name): ______

Signature: ______ Date: ______

I decline Union Representation ☐

______
(employee must sign ☑ if checked)

5/16/2023