IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIE SABACH,<br><br>Plaintiff,<br><br>v.<br><br>NANTICOKE REHABILITATION AND HEALTHCARE LLC, et al.,<br><br>Defendants. | : Civil No. 3:25-CV-883<br>:<br>: (Judge Mehalchick)<br>:<br>:<br>: (Chief Magistrate Judge Bloom)<br>:<br>:<br>:<br>: |

ORDER

AND NOW, this 25th day of February 2026, having held a conference call with the parties, IT IS HEREBY ORDERED THAT the disputed discovery matters will be resolved as follows:

1) As to document request #3: to the extent plaintiff has moved to compel further document production for the period after termination, that motion is DENIED, as the defendants have alleged there are no more responsive documents to disclose.

2) As to document requests #9, 18-19: to the extent plaintiff has moved to compel the defendants to supply a hit report, that motion is GRANTED. Defendants will produce the requested information.

3) As to document requests #20-21: to the extent plaintiff has moved to compel defendants to supply these documents, that motion is GRANTED. Defendants will provide general documentation of employee count and financial condition.

   a. Further, this production is contingent on the parties stipulating to privacy protections, such as marking the documents for attorneys' eyes only.

4) As to the redacted documents provided: to the extent plaintiff has moved to compel production of unredacted documents, that motion is DENIED AS MOOT. The unredacted documents are now in plaintiff's possession.

If the parties have further questions about interpreting the court's orders, they are invited to contact chambers. Additionally, if the parties seek to address the discovery deadline, such request should be directed to Judge Mehalchick. To the extent that the parties may have other discovery related disputes presently on this docket, they are not ruled upon here.

*S/ Daryl F. Bloom*
Daryl F. Bloom
Chief United States Magistrate Judge