KARPF, KARPF & CERUTTI, P.C.

ATTORNEYS AT LAW

8 Interplex Drive, Suite 210
Feasterville-Trevose, PA 19053
Tel: (215) 639-0801
Fax: (215) 639-4970
cburke@karpf-law.com

March 30, 2026

**VIA CM/ECF ONLY**

The Honorable Daryl F. Bloom
Chief United States Magistrate Judge
United States District Court Middle District of Pennsylvania

**Re:** ***Sabach v. Nanticoke Rehabilitation and Healthcare LLC, et al.***
**Case No. 3:25-cv-883**

Dear Judge Bloom:

I represent Julie Sabach ("Plaintiff") in the above-referenced matter. This Court issued an Order on February 25, 2026 granting various requests to compel discovery. Dkt. No.; 34. Namely, this Court ordered Defendant provide "general documentation of employee count and financial condition." Dkt. No.: 34. It has been over a month since this Order was issued. Plaintiff again asked that Defendants comply last week or she would seek Court intervention. To date, the information still hasn't been turned over. Plaintiff thus seeks an Order compelling the documents before the week ends. Depositions are set to commence April 9th of various material witnesses, and Plaintiff should have sufficient paper discovery to question witnesses at those depositions.

Thank you for Your Honor's consideration of this matter.

Respectfully submitted,

**KARPF, KARPF & CERUTTI, P.C.**

/s/ *Christine E. Burke*
Christine E. Burke, Esq.

cc: Renee N. Smith, Esq. (via ECF)
Preeya Bansal, Esq. (via ECF)